FILED

AUG 1 4 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY FRAZIER, JR.,                    )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )        Misc. Action No. 10-555
                                       )
JOHN E. POTTER,                        )
                                       )
            Defendant.                 )

## MEMORANDUM OPINION

The Court has denied plaintiff's motion to use a post office box as his mailing address,

and to date he has filed no other document to state a basis for his request. Accordingly, the

Court will deny the pending motions and dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 8/10/12